**Order entered December 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00818-CV**

**CITY OF DALLAS, SELF INSURED, Appellant**

**V.**

**IN THE MATTER OF CHARLIE JAIMES, DECEASED, ELVIA JAIMES, CLAIMANT BENEFICIARY, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0209**

**ORDER**

Before the Court is appellee's December 21, 2022 motion to supplement the clerk's record with (1) a transmittal letter from The Casaubon Firm, L.L.P. filed on February 23, 2018 and (2) Plaintiff's Original Petition filed on February 27, 2018[1]. The two documents are attached as exhibits to appellee's motion and the Court encloses a copy of the motion with this order.

---

[1] Plaintiff's Original Petition was originally filed in trial court cause number 1-18-0231 which was subsequently ordered consolidated into the underlying action.

We **ORDER** Rockwall County District Clerk Lea Carlson to file, on or before **January 9, 2023**, a supplemental clerk's record containing the two requested documents.  We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Carlson and all parties.

/s/     BILL PEDERSEN, III
JUSTICE